**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey Lloyd Hayden,<br><br>Plaintiff,<br><br>v.<br><br>Prestige Horizons, et al.,<br><br>Defendants. | No. CV-19-00335-TUC-DCB<br><br>**ORDER** |

On December 18, 2019, the Court issued an Order directing the Plaintiff to show cause why he has failed to serve the Defendants with the Complaint, which he filed pro se on June 28, 2019. On January 10, 2020, the Plaintiff sent a letter to the Clerk of the Court explaining that he has been unable through the mail, telephone and email to locate either Defendants, Prestige Horizons or its co-owner Granite Hobbs. The Plaintiff explains that the Attorney General Consumer and Advocacy Section in Tucson, Arizona, Assistant Attorney General Jane Fallon, is assigned to a complaint filed by the Plaintiff against these same Defendants, and she has also been unable to locate Granite Hobbs and his company Prestige Horizons.

The Plaintiff shall review Rule 4(h) of the Federal Rules of Civil Procedure for serving a corporation. Rule 4(e) also allows service in a manner "following state law." Rule 4.1 of the Arizona Rules of Civil Procedure provide for service on a corporation via the Arizona Corporation Commission Ariz. R. Civ. P. 4.1 (i) and (j), and Rule 4.1 provides for an alternative means of service on individuals by certified mail, Rule 4.1(k). The Plaintiff

shall also secure an explanation from Assistant Attorney General Jane Fallon supporting the Plaintiff's assertion that she too has been unable to locate the Defendants and she shall, if possible, provide service information for the Defendants to the Plaintiffs. The Court will allow Plaintiff 30 days to attempt service on the Defendants pursuant to the Arizona Rules of Civil Procedure, Rule 4.1.

**Accordingly,**

**IT IS ORDERED** that the Plaintiff's request for an extension of time to serve the Defendants (Doc. 7) is GRANTED for 30 days.

**IT IS FURTHER ORDERED** that the Plaintiffs shall file Proofs of Service with the Court. Fed. R. Civ. P. 41(l).

**IT IS FURTHER ORDERED** that in the event the Plaintiff fails to serve Defendants under Rule 4.1 of the Arizona Rules of Civil Procedure or to show good cause why service cannot be accomplished, this case shall be subject to dismissal for lack of service under Federal Rule Civil Procedure, Rule 4(m).

Dated this 25th day of March, 2020.

_____
Honorable David C. Bury
United States District Judge