

# Pima County Sheriff's Department
## Civil Enforcement Unit
32 N. Stone Ave., 16th Floor Tucson, AZ. 85701-1409
Phone 520 351-6000 Facsimile 520-351-4333 www.pimasheriff.org

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

      MAY 1 2 2020

CLERK U.S. DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

AFFIDAVIT AND RETURN

STATE OF ARIZONA      ]      Court Number: 419CV00335DCB
COUNTY OF PIMA        ]      Process Number: 20-001272
OFFICE OF THE SHERIFF ]

I do hereby certify that I received the within and foregoing Complaint on April 28 2020 and that I served the Other, DAVID SETH CUTLER by delivering copies of the aforementioned documents to the person(s) named therein as follows:

    Served to: DAVID SETH CUTLER (OTHER)
    Service Time/Date: 10:25:00 04/29/20
    Served At: 5995 E GRANT RD; 2400N; STE 200 Tucson, AZ

Comments:

I FURTHER CERTIFY THAT I HAVE SERVED DAVID SETH CUTLER (OTHER) WITH A NOTICE OF ELECTRONIC FILING, COMPLAINT, COMPLAINT FOR A CIVIL CASE.

Returned on May 1 2020

Mark D. Napier
Sheriff of Pima County

BY: _____ 1290
R. NECOECHEA #1290; DEPUTY

Subscribed and sworn before me this 4TH day of May, 2020.

_____           April 9, 2022
Notary Public                     My Commission Expires

```
    OFFICIAL SEAL
   STEVE R. STREET
Notary Public - State of Arizona
     PIMA COUNTY
My Comm. Expires April 9, 2022
```