

# Pima County Sheriff's Department
## Civil Enforcement Unit
32 N. Stone Ave., 16th Floor Tucson, AZ. 85701-1409
Phone 520 351-6000 Facsimile 520-351-4333 www.pimasheriff.org



✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 1 5 2020

Page: 1
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ KM DEPUTY

## AFFIDAVIT AND RETURN

| STATE OF ARIZONA  ] | Court Number: 419CV00335DCB |
| COUNTY OF PIMA    ] | Process Number: 20-001275 |
| OFFICE OF THE SHERIFF ] | |

I do hereby certify that I received the within and foregoing Complaint on April 28 2020 and that I served the Other, SAFETY SECTION ARIZONA CORPORATION COMMISSION by delivering copies of the aforementioned documents to the person(s) named therein as follows:

    Served to: BRENDA MILLER (OTHER)
    Service Time/Date: 14:00:00 04/29/20
    Served At: 400 W Congress ST Tucson, AZ

Comments:

I FURTHER CERTIFY THAT I HAVE SERVED BRENDA MILLER (CUSTOMER SERVICE III) WITH A NOTICE OF ELECTRONIC FILING, COMPLAINT, COMPLAINT FOR A CIVIL CASE.

Returned on May 5 2020

Mark D. Napier
Sheriff of Pima County

BY: _____ 1290
R. NECOECHEA #1290; DEPUTY

Subscribed and sworn before me this 5th day of May, 2020.

_____
Notary Public

July 2, 2023
My Commission Expires

**MARIA TERESA MEJIA**
Notary Public - Arizona
**PIMA COUNTY**
Commission # 568007
Expires July 2, 2023