

# Pima County Sheriff's Department
## Civil Enforcement Unit
32 N. Stone Ave., 16th Floor Tucson, AZ. 85701-1409
Phone 520 351-6000 Facsimile 520-351-4333 www.pimasheriff.org

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

    MAY 1 5 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## AFFIDAVIT AND RETURN

STATE OF ARIZONA       ]    Court Number: 419CV00335DCB
COUNTY OF PIMA         ]    Process Number: 20-001271
OFFICE OF THE SHERIFF  ]

I do hereby certify that I received the within and foregoing Complaint on April 28 2020 and that I served the Other, TODD RANDALL JOHNSON by delivering copies of the aforementioned documents to the person(s) named therein as follows:

    Served to: Todd Randall Johnson (DEFENDANT)
    Service Time/Date: 15:20:00 05/07/20
    Served At: 10905 N CAMINO DE OESTE; 4600W Tucson, AZ   85742

Comments:

I FURTHER CERTIFY THAT I HAVE SERVED TODD RANDALL JOHNSON (OTHER) WITH A NOTICE OF ELECTRONIC FILING, COMPLAINT, COMPLAINT FOR A CIVIL CASE.

Returned on May 8 2020

Mark D. Napier
Sheriff of Pima County

BY: _____
T. HESS #1340; DEPUTY

Subscribed and sworn before me this 8th day of May, 2020.

_____
Notary Public

July 2, 2023
My Commission Expires

MARIA TERESA MEJIA
Notary Public - Arizona
PIMA COUNTY
Commission # 568007
Expires July 2, 2023