

# Pima County Sheriff's Department
## Civil Enforcement Unit
32 N. Stone Ave., 16th Floor Tucson, AZ. 85701-1409
Phone 520 351-6000 Facsimile 520-351-4333 www.pimasheriff.org

```
✓ ___ FILED        ___ LODGED
  ___ RECEIVED     ___ COPY

       MAY 1 5 2020

     CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## AFFIDAVIT AND RETURN
## UNSERVED

| | |
|---|---|
| STATE OF ARIZONA ] | Court Number: 419CV00335DCB |
| COUNTY OF PIMA ] | Process Number: 20-001273 |
| OFFICE OF THE SHERIFF ] | |

I hereby certify that I received the within and foregoing Complaint on April 28 2020 to be served on the Other, WENDY MARIE VIZZERRA and that after diligent search and inquiry, I am returning the Complaint unserved with the following explanation(s):

    Service attempted on 13:30:00 05/06/20
    Location:  16750 S Country Club
Went to Other abode no contact. Water running in yard. White pickup truck parked in front. Nobody would answer the door. Have not made contact with Other. No current phone listed. Return to court unserved.

    Service attempted on 11:15:00 05/06/20
    Location:  1700 S 6th Ave
Googled work address found 1700 S 6th Ave for tire shop. Went to tire shop talked to owner no contact with the Other.

    Service attempted on 12:35:00 04/29/20
    Location:  16750 S Country Club Rd
Went to Other abode no contact. Called Other two listed phones neither works. Googled work addresses could not locate.

Returned on 05/07/20

Mark D. Napier
Sheriff of Pima County

BY: _____
**G. CONN #3066; PROCESS SERVER**