Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

☒ FILED   ☐ LODGED

# Jun 25 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT

for the

District of Arizona

\_\_\_\_Civil\_\_\_\_\_ Division

Harvey Lloyd Hayden

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

Prestige Horizons, Granite Henry Hobbs,
Todd Randall Johnson,
Wendy Marie Vizzerra, David Cutler
*SEE ATTACHED*

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.   4:19 - cv - 00335 - TUC - DCB

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Harvey Lloyd Hayden |
| Street Address | 34 Whitebark Lane |
| City and County | Bluffton, Beaufort |
| State and Zip Code | South Carolina 29909 |
| Telephone Number | (603) 986-3151 |
| E-mail Address | harvhayden@yahoo.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known).*  Attach additional pages if needed.

### Defendant No. 1

| | |
|---|---|
| Name | Prestige Horizons |
| Job or Title *(if known)* | *LOAN SERVICING COMPANY* |
| Street Address | 3594 E. Lincoln Street |
| City and County | Tucson Pima |
| State and Zip Code | Arizona 85715 |
| Telephone Number | (520) 428-6068 |
| E-mail Address *(if known)* | financialservicesunlimited2@gmail.com |

### Defendant No. 2

| | |
|---|---|
| Name | Granite H. Hobbs |
| Job or Title *(if known)* | Co-Owner   *PRESTIGE HORIZONS* |
| Street Address | 18750 W Avra Valley Road |
| City and County | Marana  Pima |
| State and Zip Code | Arizona 85653 |
| Telephone Number | (520) 405-6868 |
| E-mail Address *(if known)* | granitehobbs@yahoo.com |

### Defendant No. 3

| | |
|---|---|
| Name | Todd R. Johnson |
| Job or Title *(if known)* | Co-Owner   *PRESTIGE HORIZONS / NEW BEGINNINGS RV* |
| Street Address | 10905 N Camino De Oeste |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona  85742 |
| Telephone Number | (520) 668-4144 |
| E-mail Address *(if known)* | trj22@hotmail.com |

### Defendant No. 4

| | |
|---|---|
| Name | Wendy M. Vizzerra |
| Job or Title *(if known)* | Office Manager   *PRESTIGE HORIZONS / NEW BEGINNINGS RV* |
| Street Address | 16750 S Country Club Road |
| City and County | Sahuarita  Pima |
| State and Zip Code | Arizona  85629 |
| Telephone Number | (520) 347-3542 |
| E-mail Address *(if known)* | |

Defendant No. 5

| | |
|---|---|
| Name | David S. Cutler |
| Job or Title | Statutory Agent   *PRESTIGE HORIZONS FINANCIAL SERVICES UNLIMITED* |
| Street Address | 5995 E. Grant Road, # 200 |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona  85712 |
| Telephone Number | (520) 886-6981 |
| E-mail Address | |

Defendant No. 6

| | |
|---|---|
| Name | Arizona Corporation Commission |
| Job or Title | Attn:  Brenda Miller |
| Street Address | 400 W Congress Street, # 218 |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona  85701 |
| Telephone Number | (520) 628-6560 |
| E-mail Address | |

*PAGE 3 OF 12*

Defendant No. 7

|  |  |
|---|---|
| Name | New Beginnings RV |
| Job or Title | Motorhome Sub-Leasing |
| Street Address | 10905 N Camino de Oeste |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona 85742 |
| Telephone Number | (520) 668-4144 |
| E-mail Address | trj22@hotmail.com |

Defendant No. 8

|  |  |
|---|---|
| Name | Financial Services Unlimited LLC |
| Job or Title | Financial Services |
| Street Address | 3594 E. Lincoln Street |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona  85715 |
| Telephone Number | (520) 428-6068 |
| E-mail Address | financialservicesunlimited2@gmail.com |

Defendant No. 9

| | |
|---|---|
| Name | Ranch Investment Services LLP |
| Job or Title | Investment Services |
| Street Address | 10905 N Camino de Oeste |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona  85742 |
| Telephone Number | (520) 668-4144 |
| E-mail Address | trj22@hotmail.com |

Defendant No. 10

| | |
|---|---|
| Name | MATJ Management Services |
| Job or Title | Management / Investment Services |
| Street Address | 10905 N Camino de Oeste |
| City and County | Tucson  Pima |
| State and Zip Code | Arizona  85742 |
| Telephone | (520) 668-4144 |
| E-mail Address | trj22@hotmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☐ Federal question       ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

      The plaintiff, *(name)*  Harvey L. Hayden                , is a citizen of the State of *(name)*  South Carolina          .

    b.    If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

      _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

      The defendant, *(name)*  Granite H. Hobbs             , is a citizen of the State of *(name)*  Arizona          . Or is a citizen of *(foreign nation)* _____ .

- Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)*   Prestige Horizons        , is incorporated under

        the laws of the State of *(name)*   Arizona        , and has its

        principal place of business in the State of *(name)*   Arizona    .

        Or is incorporated under the laws of *(foreign nation)*        ,

        and has its principal place of business in *(name)*        .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        The motorhome has a NADA Blue Book value of $134,000.  I have also spent $13,528 on monthly payments, $96.64 on late fees, $1,693 on attorney fees, and $865 on travel expenses.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

**See Additional Pages**

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**See Additional Page**

## III.  Statement of Claim

I own a Class A 42' 2007 Holiday Rambler motorhome titled in my name in the state of New Hampshire with the lien holder as Bank of America.  At present the lien amount is approximately $116,000.  I contacted Prestige Horizons, a loan servicing company, located at 3594 E. Lincoln Street in Tucson, Arizona during August 2015 in an attempt to sell my motorhome.  Prestige Horizons sent me an introductory letter and agreed to pick up my motorhome in South Carolina.  Granite Hobbs, co-owner, arrived on September 9, 2015, we both signed a contract called a Vehicle Protection Guarantee, and Hobbs took possession of the motorhome and returned to Tucson.  The contract clearly states that Prestige Horizons will guarantee monthly payments to the lender, maintain full insurance coverage on the motorhome, and be responsible for all normal and major repairs on the motorhome.  The contract also states that the motorhome will not travel beyond the the state of Arizona for more than 30 days without presenting a destination ledger to the vehicle owner.  Prestige Horizons made the monthly payment to the lender each month but the payments were almost always late and I was forced to contact Hobbs each month to prevent an impact on my credit.  In December 2015 I was forced to contact Attorney John Munger of Munger Chadwick, a law firm located in Tucson, Arizona to represent me in locating Hobbs and requesting the payments be made to the lender.  Attorney Munger made multiple attempts to contact Hobbs but received no answer.  In February 2018 Prestige Horizons sub-leased my motorhome to an individual named Torri Stone located in Hisperia, California, dba ACT Enterprises located at 18047 Beach Blvd in Huntington Beach, California.  This action was in direct violation of our contract and in violation of a consumer fraud judgment issued to the

Arizona Attorney General in 2010.  In 2010 the Arizona Attorney General's office won a consumer fraud lawsuit against a former partner of Granite Hobbs, Claude Thomas Kennedy, and the Court ordered Kennedy to pay nearly $500,000 after defrauding Arizona customers in a motorhome sales scheme that was identical to mine.  Prestige Horizons signed an agreement to sub-lease my motorhome to Torri Stone, obtained a deposit, and Torri Stone agreed to make the loan payment for the original owner (Hayden).  The motorhome was taken into possession by Torri Stone on February 15, 2018.  Stone then claimed work was performed on the motorhome and Prestige Horizons refused to pay for the repairs.  Stone then claimed the motorhome was abandoned on June 23, 2018.  Stone then claimed to have purchased/acquired the motorhome on July 24, 2018 and he registered the vehicle in the state of California on November 11, 2018.  A California title was issued to ACT Enterprises on December 11, 2018.  This is absolutely a case of deception and consumer fraud.  I would never abandon a motorhome valued at $150,000.  After attempting to register the motorhome for 2019 with my local tax collector and learning about the transfer of registration, I immediately attempted to contact Hobbs and after several days I was able to reach him. Hobbs told me he would look into the matter.  I did not have any contact with Prestige Horizons for several months and was unable to contact Hobbs by telephone or e-mail. Then, in April 2019, I was informed by Hobbs that a California sheriff's office was handling the matter as a case of fraud.  He told me that two sheriffs from the San Bernadino Sheriff's office had come to Tucson and had questioned him for two hours.  I immediately contacted the San Bernadino's Sheriff's office in May 2019 but they had no record of the matter.  The May 2019 and June 2019 payments to Bank of America were

not paid by Prestige Horizons so I was forced to make the payments, including late fees, to remain in good standing with the lender.  I booked a flight to Tucson during the first week of June 2019 and contacted Granite Hobbs.  We met on June 5, 2019 at his office in Tucson and he assured me with a handshake that Prestige Horizons would reimburse me for the May and June payments and they would continue to make the payments to the lender on time.  I have not heard a word from Granite Hobbs since our meeting and no payments have been made to the lender by Prestige Horizons.

IV.   Relief

I request the Court to order reimbursement of the legal fees to me for the sum of $1,693.00 for the work performed by Attorney John Munger in contacting Prestige Horizons regarding non-payment of the monthly payment to the lender.

I request the Court to order reimbursement to me for the monthly payments to the lender (Bank of America)  for the sum of $13,528.48 and any continuing monthly payments I will be forced to make until the case is settled.

I request the Court to order reimbursement to me for the sum of $96.64 for late fees to the lender.

I request the Court to order reimbursement to me for the sum of $865.00 for my travel expenses to Tucson and return in June 2019.

I request the Court to order the defendants to continue making monthly payments to the lender (Bank of America) until this case is settled.

I request the Court to order the defendants to locate my motorhome.

I request the Court, after the motorhome is located and not knowing the condition of the motorhome, to order the defendants to purchase the motorhome, pay off the lien, and relieve me from further responsibility in this matter.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            06/02/2020

Signature of Plaintiff        *Harvey S. Hayden*

Printed Name of Plaintiff     Harvey L. Hayden

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address