AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-CV-00335-TUC-DCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 29 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

This summons for *(name of individual and title, if any)* GRANITE HOBBS was received by me on *(date)* Jul 17, 2020, 9:10 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* GRANITE HOBBS C/O LETICIA SEABRA , a person of suitable age and discretion who resides there, on *(date)* Fri, Jul 24 2020 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 69.00 for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/29/2020

_____
*Server's signature*

Jeff Greer Arizona Certified Process Server - Pima County No PM576
_____
*Printed name and title*

31 N 6TH AVE STE 105, TUCSON, AZ 85701
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 18, 2020, 1:09 pm MST at RESIDENCE: 18750 W AVRA VALLEY RD, MARANA, AZ 85653-8799
NO VEHICLES NO PEOPLE PRESENT AT AIRPLANE HANGER
RESIDENT AT HOME NEAR ROAD STATED SUBJECT LIVES AT HANGER

2) Unsuccessful Attempt: Jul 22, 2020, 7:33 pm MST at RESIDENCE: 18750 W AVRA VALLEY RD, MARANA, AZ 85653-8799
Warehouse door open. TV is on in inside enclosure Vehicle is present gate is open no answer at residence.

3) Successful Attempt: Jul 24, 2020, 1:04 pm MST at RESIDENCE: 18750 W AVRA VALLEY RD, MARANA, AZ 85653-8799 received by GRANITE HOBBS C/O LETICIA SEABRA. Ethnicity: SOUTH AMERICAN ; Gender: Female; Hair:

Brown; Eyes: Brown; Relationship: GRANDDAUGHTER;
SUBSTITUTE SERVICE UPON SUBJECT AT PLACE OF ABODE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Harvey L. Hayden | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-00335-TUC-DCB |
| Prestige Horizons<br>Granite H. Hobbs<br>Todd R. Johnson | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Granite H. Hobbs
391 S. Stoner Avenue
Tucson, Arizona 85748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Harvey L. Hayden
34 Whitebark Lane
Bluffton, South Carolina 29909

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DEBRA LUCAS**

*CLERK OF COURT*

Date: 7-8-2020

*Signature of Clerk or Deputy Clerk*