AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-CV-00335-TUC-DCB

FILED / LODGED
RECEIVED / COPY

JUL 31 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PRESTIGE HORIZONS was received by me on *(date)* Jul 17, 2020, 9:10 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: PRESTIGE HORIZONS LLC IN CARE OF A. C. C. DROP BOX 1ST FLOOR DUE TO COVID THE OFFICES OF THE ARIZONA CORPORATION COMMISSION WILL NOT RECEIVE DOCUMENTS DIRECTLY AND ARE TO BE DEPOSITED INTO THE ACC DROP BOX. ; or

My fees are $ 0.00 for travel and $ 69.00 for services, for a total of $ $69.00.

I declare under penalty of perjury that this information is true.

Date: 07/31/2020

_____
Server's signature

Jeff Greer Arizona Certified Process Server - Pima County No PM576

*Printed name and title*

31 N 6TH AVE STE 105, TUCSON, AZ 85701

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Jul 31, 2020, 12:15 pm MST at PRESTIGE HORIZONS: 3594 E LINCOLN ST, TUCSON, AZ 85714-2223
PRESTIGE HORIZONS LLC IS NOT IN BUSINESS ANYMORE AS OF 6/2019. ACCORDING TO THE ARIZONA CORPORATION COMMISSIONS THE ENTITY IS INACTIVE AND WAS VOLUNTARILY TERMINATED.

2) Successful Attempt: Jul 31, 2020, 1:23 pm MST at ARIZONA CORPORATION COMMISSION: 400 W CONGRESS ST SUITE 218, TUCSON, AZ 85701-1308 received by PRESTIGE HORIZONS / IN CARE OF A. C. C. DROP BOX 1ST FLOOR .
DUE TO COVID THE OFFICES OF THE ARIZONA CORPORATION COMMISSION WILL NOT RECEIVE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Harvey L. Hayden | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-00335-TUC-DCB |
| Prestige Horizons | ) | |
| Granite H. Hobbs | ) | |
| Todd R. Johnson | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Prestige Horizons
3594 E. Lincoln Street
Tucson, Arizona  85715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harvey L. Hayden
34 Whitebark Lane
Bluffton, South Carolina  29909

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA LUCAS
CLERK OF COURT

Date: 7-8-2020

*Signature of Clerk or Deputy Clerk*