# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey Lloyd Hayden,  Plaintiff,  v.  Prestige Horizons, et al.,  Defendants. | NO. CV-19-00335-TUC-DCB  **CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant **Prestige Horizons, Granite Hobbs, and Todd Randall Johnson**.

DEFAULT ENTERED this 6th day of October, 2020.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

October 6, 2020

                                        s/ M. Espinoza
                              By  Deputy Clerk