IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey Lloyd Hayden, | No. CV-19-00335-TUC-DCB |
| Plaintiff, | MOTION FOR ENTRY OF |
| v. | DEFAULT JUDGMENT |
| Prestige Horizons LLC | |
| Granite Henry Hobbs | |
| Todd Randall Johnson, | |
| Defendants, | |

The defendants have defaulted in the above case. This is a motion for entry of a default judgment with an affidavit attached, in compliance with Fed. R. Civ. P. 55(b).

Dated this 12th day of October, 2020

*Harvey Lloyd Hayden*
Harvey Lloyd Hayden

UNITED STATES TUCSON DISTRICT COURT
FOR THE DISTRICT OF ARIZONA - CIVIL DIVISION

| | |
|---|---|
| Harvey Lloyd Hayden<br><br>Plaintiff<br><br>-vs-<br><br>Prestige Horizons LLC, Granite Henry Hobbs and Todd Randall Johnson<br><br>Defendants | 4:19-cv-00335-TUC-DCB |

## AFFIDAVIT

I, Harvey Lloyd Hayden, of Bluffton, in Beaufort, South Carolina, MAKE OATH AND SAY THAT:

1. This affidavit is filed in compliance with Fed. R. Civ. P. 55 (b) with regard to Civil Court Case No. 4:19-cv-00335-DCB. This is a case of deception, breach of contract, and fraud involving my 2007 Holiday Rambler motor home presently with a NADA Blue Book value of $134,210.

2. The defendants Prestige Horizons LLC, Granite Henry Hobbs, and Todd Randall Johnson have defaulted on the above case. I am requesting a default judgment from the Court.

3. The amounts owed by the defendants to the plaintiff are as follows:

    Bank of America monthly loan payment (18 months @ $966.32/mo) - $17,393.76

    Bank of America loan - Late Payments - (2 @ $48.32) - $96.64

    Travel Expenses to Tucson and return in June 2019 - $865.00

    Attorney Fees to Attorney John Munger - $1,693.00

Court & Mailing Costs - $944.77

Total - $20,993.17.

4. I am also requesting the defendants payoff the loan to Bank of America and relieve me from any further responsibility. The payoff balance is presently $114,046.74.

STATE OF SOUTH CAROLINA

COUNTY OF BEAUFORT

SUBSCRIBED AND SWORN TO BEFORE ME, on the 12th day of October, 2020

Signature *[signature]*
(Seal)
NOTARY PUBLIC
My Commission expires:
My Commission Expires August 15, 2022

*[Notary seal: MATTHEW H. BAUTISTA, NOTARY PUBLIC, SOUTH CAROLINA]*

_____
(Signature)

Harvey Lloyd Hayden