# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey Lloyd Hayden,<br><br>      Plaintiff,<br><br>v.<br><br>Prestige Horizons, et al.,<br><br>      Defendants. | **NO. CV-19-00335-TUC-DCB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 22, 2020, judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $132,481.91.

 

                 Debra D. Lucas
                 District Court Executive/Clerk of Court

October 22, 2020

                   s/ M. Espinoza
                By  Deputy Clerk