**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Harvey Lloyd Hayden, | No. CV-19-00335-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Prestige Horizons, et al., | |
| Defendants. | |

The Plaintiff has filed an Application for a Writ of Execution, which contains absolutely no instructions or information which would direct the United States Marshal to serve the Writ. There is no form of Writ attached. A previously filed Writ was addressed to the Pima County Sheriffs, not the United States Marshal.

As it stands, the United States Marshal would not have the Judgment Debtor names and addresses to serve a General Writ of Execution. A.R.S. § 12-1553. There is no information provided regarding any assets of the Judgment Debtor, such as property, bank accounts, or wages for a Special Writ of Execution. A.R.S. § 12-1554. While the United States Marshal will serve the Writ, the Marshal will not research the service details necessary to effect service of the Writ. The United States Marshal will not research assets which may be subject to seizure pursuant to a Writ. Until the Plaintiff can provide this information in his Application for the Writ of Execution and in the Writ of Execution, the Clerk of the Court shall not issue it because it cannot be served by the United States Marshal.

In short, the Plaintiff must amend the Application for the Writ of Execution (Doc. 45) and the Writ of Execution (Doc. 42) to both reflect all the necessary specific details for its service and for the Marshal to know where and what property or money is subject to the Writ. The Plaintiff should review Rule 69 of the Federal Rules of Civil Procedure, and Arizona law governing the procedures for issuing writs, A.R.S. §§ 12-1551-1567, 12-1570-1597, and 1598.01-1598.17. The Plaintiff may find the information contained for "Collection Forms" "Writ of Execution (JP 407)" on the Pima County Justice Court website helpful at: https://www.jp.pima.gov/Forms.

The Plaintiff may also find information contained on the United States Marshal's website helpful at: www.usmarshals.gov/process/index.html.

**Accordingly,**

**IT IS ORDERED** that Application for Writ of Execution (Doc. 45) is DENIED, with leave to amend and refile the Application for Writ of Execution and Writ of Execution.

**IT IS FURTHER ORDERED** that the Plaintiff shall use the attached forms for refiling the Application of Writ of Execution and Writ of Execution.

Dated this 20th day of April, 2021.

_____
Honorable David C. Bury
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br><br> DEFENDANT(S). | _____ <br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☐ State of Arizona, County of _____

☐ State of _____, County of _____

I, _____ hereby state under penalty of perjury that,

1. Judgment for $_____ was entered on _____ on the docket of the above-entitled action in the U. S. District Court, District of Arizona in favor of _____ as Judgment Creditor, and against _____ as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of _____ are the following sums:
   $_____ accrued interest, computed at _____% *(See note.)*
   $_____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _____,
State of _____, this _____ date of _____, _____.

_____
Signature

***Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (4/21)                       AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br>v.<br><br>Defendant(s) | CV - |
|  | **WRIT OF EXECUTION** |

**TO:** THE UNITED STATES MARSHAL FOR THE DISTRICT OF ARIZONA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On _____ a judgment was entered in the above-entitled action in favor of:




as Judgment Creditor and against:




as Judgment Debtor, for:

$ _____ Principal,
$ _____ Attorney Fees,
$ _____ Interest **, and
$ _____ Costs, making a total amount of
$ _____ **JUDGMENT AS ENTERED**


**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** _____ **District of** _____ , to wit:

$ _____  accrued interest, and
$ _____  accrued costs, making a total of
$ _____  **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____  **ACTUALLY DUE** on the date of the issuance of this writ of which
$ _____  Is due on the judgment as entered and bears interest at _____ percent per annum, in the amount of $ _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: _____     By: _____
                                        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ. Subsequent to issuance of the Writ, a Form 285 shall be obtained from the United States Marshal and completed for each Judgment Debtor identified below.

⌜ ⌝ ⌜ ⌝ ⌜ ⌝
⌞ ⌟ ⌞ ⌟ ⌞ ⌟
⌜ ⌝ ⌜ ⌝ ⌜ ⌝
⌞ ⌟ ⌞ ⌟ ⌞ ⌟
⌜ ⌝ ⌜ ⌝ ⌜ ⌝
⌞ ⌟ ⌞ ⌟ ⌞ ⌟
⌜ ⌝ ⌜ ⌝ ⌜ ⌝
⌞ ⌟ ⌞ ⌟ ⌞ ⌟
⌜ ⌝ ⌜ ⌝ ⌜ ⌝
⌞ ⌟ ⌞ ⌟ ⌞ ⌟

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in A.R.S. §§ 33-1121-1133.

Instructions, Form 2640
12/15

# WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Applicable Law and Rules**

1. Fed. R. Civ. P. 69, made applicable by Fed. R. Bankr. P. 7069 and 9014, provides that "A money judgment is enforced by a writ of execution, unless the court directs otherwise."

2. 28 U.S.C. § 566(c) provides in part, that "the United States Marshal Service shall execute all lawful writs, process, and orders issued under authority of the United States, and shall command all necessary assistance to execute its duties."

**Instructions**

1. To obtain a writ of execution from the Bankruptcy Court, a party must first obtain a certified copy of the judgment from the clerk of the court. This copy must be attached to Director's Form 2640 and submitted to the clerk. The clerk will issue the writ and give the original of the writ, with the certified copy of the judgment, to the party requesting the writ.

2. The clerk will keep one copy of the writ and judgment for the court files. The original writ and the certified copy of the judgment must be submitted to the United States Marshal, together with one copy of each document. A fourth copy should be kept for the judgment creditor's files.

3. The papers submitted to the Marshal must be accompanied by a completed Form USM-285. This form should be obtained directly from the Marshal's office.

4. Generally, the writ of execution must be issued by a court in the district in which the judgment debtor resides or in which the property to be levied upon is located. Before the court can issue a writ on a judgment entered by another court, the "foreign" judgment must be registered in the court. The judgment can be registered pursuant to 28 U.S.C. § 1963 by using Director's Form 2650, Certification of Judgment for Registration in Another District, and payment of the fees prescribed by the Judicial Conference pursuant to 28 U.S.C. § 1930.

5. Usually, the judgment may be registered either in the district court in the other district, in the bankruptcy court there pursuant to the order of reference for bankruptcy cases and matters, or in both courts. In the states which require that judgments be registered in a "court of general jurisdiction" or with the "clerk of the United States District Court," the judgment should be registered in the district court.

6. Once the judgment has been registered in the other district, the writ of execution can be issued by the court in which it has been registered.

7. Some judgment creditors may prefer to have their judgment executed upon by local officials, such as a Sheriff or City Marshal, rather than by the United States Marshal.  In that event, the bankruptcy court judgment should be registered with the county clerk for the county in which the judgment debtor resides.  This may be done using Director's Form 2650, Certification of Judgment for Registration in Another District.  The Writ of Execution, Director's Form 2640 should NOT be used, as the bankruptcy court has no authority to issue a writ to a state or local official.

### Caption

1. Identify the Judicial District in which the bankruptcy case was filed.  Example: "Eastern District of California."

2. "In re":  Insert the name of the debtor as it appears in the bankruptcy petition.  Then insert the names of the plaintiff(s) and defendant(s) as they appear on the original complaint.

3. "Case No.":  Insert the bankruptcy case number assigned by the court at the time of filing."Adv. Proc. No.":  Insert the number assigned by the court to the adversary case at the time of the filing of the complaint.

### Boxes

1. State the name and address of the judgment creditor. The judgment creditor is the party in whose favor the judgment was entered.

2. State the name and address of the judgment debtor.  The judgment debtor is the party against whom the judgment is entered.

### Other Information

1. The "Amount of the Judgment" is the total amount due under the judgment including any costs allowed by the court pursuant to Fed. R. Bankr. P. 7054(b).  This amount does not include any interest due after the judgment was entered on the docket.

2. "Other Costs" will be completed by the clerk.  This may include any fee for photocopies and certification of the judgment, unless these fees were included in "Amount of Judgment."

3. "Date of Entry of Judgment" is the date the judgment was entered on the court docket.  The rate of interest on the judgment is determined by the date of the entry.  The Administrative Office distributes information on the legal rate of interest, changes in the rate, and the effective date of the changes.  The clerk should maintain a record of this information, which also is set out as a note to 28 U.S.C. § 1961 in many copies of title 28.

4.  "To the United States Marshal":  Identify the Judicial District in which the writ is to be executed.