☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

MAY 6 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

HARVEY LLOYD HAYDEN

PLAINTIFF(S)

v.

PRESTIGE HORIZONS, LLC
GRANITE HENRY HOBBS
TODD RANDALL JOHNSON       DEFENDANT(S).

CASE NUMBER

4:19-CV-00335-DCB

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of Arizona, County of __PIMA__

☐ State of _____, County of _____

I, _____ hereby state under penalty of perjury that,

1. Judgment for $ _132,481.91_ was entered on _10-22-2020_ on the docket of the above-entitled action in the U. S. District Court, District of Arizona in favor of __HARVEY LLOYD HAYDEN__ as Judgment Creditor, and against _PRESTIGE HORIZONS, LLC / GRANITE HENRY HOBBS_ as Judgment Debtor.
   _TODD RANDALL JOHNSON_
   
   If this is a Registered Judgment from another Court or District, include the following information.* Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of __ARIZONA__ are the following sums:
   $_____ accrued interest, computed at _____% *(See note.)*
   $_7,102.48_ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at _The UPS Store_, State of _SC_, this _29_ date of _April_, _2021_.

Patricia McMorrow
My Commission expires: 9-24-2028

[Notary Seal: PATRICIA MCMORROW NOTARY PUBLIC SOUTH CAROLINA]

_Harvey L. Hayden_
Signature

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (4/21)          AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION