

| | FILED | | LODGED |
|---|---|---|---|
| ✓ | RECEIVED | | COPY |

MAY 6 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| *HARVEY LLOYD HAYDEN* | **CASE NUMBER:** CV- 00335- DCB |
| Plaintiff(s) | |
| v. | |
| *PRESTIGE HORIZONS* *GRANITE HENRY HOBBS* *TODD RANDALL JOHNSON* | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:** **THE UNITED STATES MARSHAL FOR THE DISTRICT OF ARIZONA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On *OCTOBER 22, 2020* a judgment was entered in the above-entitled action in favor of:

*HARVEY LLOYD HAYDEN*

as Judgment Creditor and against:

*PRESTIGE HORIZONS* *GRANITE HENRY HOBBS* *TODD RANDALL JOHNSON*

as Judgment Debtor, for:

$ *132,481.91*    Principal,
$ _____    Attorney Fees,
$ _____    Interest **, and
$ _____    Costs, making a total amount of
$ *132,481.91*    **JUDGMENT AS ENTERED**

**\*\*NOTE:** **JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

**WRIT OF EXECUTION**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the _____ District of _ARIZONA_ , to wit:

$ _____ accrued interest, and

$ _____ accrued costs, making a total of

$ _____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $_____Ø_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ Is due on the judgment as entered and bears interest at _____ percent per annum, in the amount of $ _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

**DEBRA LUCAS**

CLERK, UNITED STATES DISTRICT COURT

Dated: __5/10/21__

By: _____

Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ. Subsequent to issuance of the Writ, a Form 285 shall be obtained from the United States Marshal and completed for each Judgment Debtor identified below.

PRESTIGE HORIZONS LLC
3594 E. LINCOLN STREET
TUCSON, AZ 85714

GRANITE HENRY HOBBS
18750 W. AVRA VALLEY ROAD
MARANA, AZ 85653

TODD RANDALL JOHNSON
10905 N. CAMINO DE OESTE
TUCSON, AZ 85742

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in A.R.S. §§ 33-1121-1133.